504

926 A.2d 925

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Davon Renee HAYES, a/k/a Devon Renee Hayes, Petitioner.**

Supreme Court of Pennsylvania.

July 10, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of July 2007, the Petition for Allowance of Appeal is GRANTED in part. The Order of the Superior Court is VACATED and the matter is REMANDED for the court to consider the claim, which was raised in his brief below, but not addressed by the panel, of whether petitioner's confession should be suppressed because his waiver of rights under *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), was not knowing and voluntary.